387 A.2d 122

Piltzer, Appellant, et ux. v. Independence Federal Savings
and Loan Association of Philadelphia.

 Argued
December 13, 1977. Bennett Block, with him Stephen M.
Feldman, for appellant; Hermann Rosenberger, II, with him
Mervin J. Hartman, for appellee.

Order affirmed.

HOFFMAN and CERCONE, JJ., dissent.

387 A.2d 122

Pyott v. Accor, et al., Appellants, et al.

 Argued December 6, 1977. Kenneth A. Clouse,
with him Butler, Beatty, Greer & Johnson, for appellants;
Fred T. Cadmus, III, with him Cadmus, Patten and Werner,
for appellees.

Order affirmed.